**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1426**

CRAIG FARKAS,

        Plaintiff - Appellant,

    v.

GENERAL DYNAMICS INFORMATION TECHNOLOGY, (GDIT); MS. AMY GILLILAND, President, General Dynamics Information Technology,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:17-cv-01259-LMB-TCB)

Submitted: September 28, 2018          Decided: October 11, 2018

Before GREGORY, Chief Judge, KING, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Craig Farkas, Appellant Pro Se. Stephen William Robinson, Nicholas DelVecchio SanFilippo, MCGUIREWOODS, LLP, Tysons Corner, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Craig Farkas appeals the district court's order dismissing his complaint raising claims under the Age Discrimination in Employment Act of 1967, 29 U.S.C.A. §§ 621 to 634 (West 2008 & Supp. 2018). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court at the hearing held on April 6, 2018. *Farkas v. Gen. Dynamics Info. Tech.*, No. 1:17-cv-01259-LMB-TCB (E.D. Va. Apr. 6, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*